UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:                                           CASE NO. 06-40118-TLH4
                                                 CHAPTER 13
RONALD ALVIN PEACOCK
AGNES JOHNSON PEACOCK

            Debtor(s)          /

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
OF UNCLAIMED FUNDS**

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: HOMEQ SERVICING CO which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 379815 in the amount of 153.51 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF THE CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first

| | |
|---|---|
| RONALD ALVIN PEACOCK | HOMEQ SERVICING CORPORATION |
| AGNES JOHNSON PEACOCK | ATTN: AIM CASH |
| 1761 ML KING BLVD | 4837 WATT AVE., SUITE 100 |
| MIDWAY, FL 32343 | NORTH HIGHLANDS, CA 95660 |

AND

KATHRYN A. HATHAWAY, ESQUIRE
HATHAWAY LAW FIRM
P.O. BOX 3005
TALLAHASSEE, FL 32315

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF CHAPTER 13 TRUSTEE

10/30/2009 11:45 am / CR_213