**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

IN RE:                                    CASE NO. 06-40118-TLH4
                                          CHAPTER 13
RONALD ALVIN PEACOCK
AGNES JOHNSON PEACOCK

_____Debtor(s)_____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT**
**OF UNCLAIMED FUNDS**

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1.  The Trustee has issued check(s) FOR: HOMEQ SERVICING CO which remains outstanding and uncleared.

2.  The Trustee has placed a Stop Payment Order with the bank on the check(s).

3.  The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 385175 in the amount of 102.80 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

```
                     /s/Leigh D. Hart or
                     /s/William J. Miller, Jr.
                        OFFICE OF THE CHAPTER 13 TRUSTEE
                        POST OFFICE BOX 646
                        TALLAHASSEE, FL 32302
                        ldhecf@earthlink.net
                        (850) 681-2734 "Telephone"
                        (850) 681-3920 "Facsimile"
```

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first

```
RONALD ALVIN PEACOCK        HOMEQ SERVICING CORPORATION
AGNES JOHNSON PEACOCK        ATTN: AIM CASH
1761 ML KING BLVD           4837 WATT AVE., SUITE 100
MIDWAY,  FL  32343          NORTH HIGHLANDS, CA 95660

AND

KATHRYN A. HATHAWAY, ESQUIRE
HATHAWAY LAW FIRM
P.O. BOX 3005
TALLAHASSEE, FL 32315
```

on the same date as reflected on the Court's docket as the electronic filing date for this document.

```
                     /s/Leigh D. Hart or
                     /s/William J. Miller, Jr.
1/29/2010 11:28 am / CR_213    OFFICE OF CHAPTER 13 TRUSTEE
```