UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:                                          CASE NO. 06-40118-TLH4
                                                CHAPTER 13
RONALD ALVIN PEACOCK
AGNES JOHNSON PEACOCK

       Debtor(s)       /

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
OF UNCLAIMED FUNDS**

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: DEUTSCHE BANK NAT'L TRUST which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 394211 in the amount of 84.50 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

```
                        /s/Leigh D. Hart or
                        /s/William J. Miller, Jr.
                        ─────────────────────────
                        OFFICE OF THE CHAPTER 13 TRUSTEE
                        POST OFFICE BOX 646
                        TALLAHASSEE, FL 32302
                        ldhecf@earthlink.net
                        (850) 681-2734 "Telephone"
                        (850) 681-3920 "Facsimile"
```

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first

```
RONALD ALVIN PEACOCK          BAC HOME LOANS SERVICING, LP
AGNES JOHNSON PEACOCK         P.O.BOX 515507
1785 MARTIN LUTHER KING       LOS ANGELES, CA 90051
BLVD.
MIDWAY,  FL  32343

AND

KATHRYN A. HATHAWAY, ESQUIRE
HATHAWAY LAW FIRM
P.O. BOX 3005
TALLAHASSEE, FL 32315
```

on the same date as reflected on the Court's docket as the electronic filing date for this document.

```
                        /s/Leigh D. Hart or
                        /s/William J. Miller, Jr.
6/30/2010 10:04 am / CR_213   OFFICE OF CHAPTER 13 TRUSTEE
```