**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

IN RE:                                    CASE NO. 06-40118-TLH4
                                          CHAPTER 13
RONALD ALVIN PEACOCK
AGNES JOHNSON PEACOCK

_____Debtor(s)_____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
OF UNCLAIMED FUNDS**

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and
through her undersigned attorneys, and hereby files this
Notice of Payment of Unclaimed Funds, and in support
thereof hereby states:

1.  The Trustee has issued check(s) FOR: DEUTSCHE BANK
NAT'L TRUST which remains outstanding and uncleared.

2.  The Trustee has placed a Stop Payment Order with
the bank on the check(s).

3.  The Trustee is required to remit the funds to the
Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits
her check number 399747 in the amount of 670.66 to the
Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF THE CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

RONALD ALVIN PEACOCK
AGNES JOHNSON PEACOCK
1785 MARTIN LUTHER KING BLVD.
MIDWAY, FL 32343

DEUTSCHE BANK NATIONAL TRUST
C/O WILSHIRE CREDIT CORP.
P.O. BOX 8517
PORTLAND, OR 97207-8517

AND

KATHRYN A. HATHAWAY, ESQUIRE
HATHAWAY LAW FIRM
P.O. BOX 3005
TALLAHASSEE, FL 32315

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF CHAPTER 13 TRUSTEE

9/29/2010 12:58 pm / CR_213